**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1179**

MARION TURK CULBERSON,

            Plaintiff - Appellant,

      v.

KELLY NICHOLS, in her official capacity and individually;
ANDERSON COUNTY,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Timothy M. Cain, District Judge.
(8:11-cv-01708-TMC)

Submitted: October 31, 2012          Decided: December 10, 2012

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles R. Griffin, Jr., THE GRIFFIN FIRM, L.L.C., Anderson,
South Carolina, for Appellant.  Stephanie H. Burton, GIBBES
BURTON, LLC, Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Turk Culberson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint and dismissing without prejudice his state law claims of malicious prosecution, abuse of process, outrageous conduct, and negligence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Culberson v. Nichols, No. 8:11-cv-01708-TMC (D.S.C. Jan. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2